UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) ) | Criminal No. 15-10131-NMG |
| v. | ) ) ) ) |  |
| IFTIKAR AHMED<br>Defendant, | ) ) ) ) ) | MAY 28, 2019 |

## MOTION FOR LEAVE TO INTERVENE

Ms. Shalini Ahmed ("Proposed Intervenor"), the spouse of Defendant Iftikar Ahmed, and also the co-signer of the Bond (as she is the co-owner of the home which secured the Bond) and a *pro se* interested party, respectfully moves this Court for leave to intervene of right as an interested party in this action pursuant to Rule 24 of the Federal Rules of Civil Procedure.

Intervention as of right is warranted because: (1) this application is timely; (2) the Proposed Intervenor has a sufficient interest in the subject of the suit because she is the spouse of the Defendant, the co-signer of the Bond (as she is the co-owner of the home which secured the Bond) and the mother of the three minor children, who all currently reside in the 505 North Street, Greenwich, CT 06830 property that is the potential subject of the request for forfeiture; (3) without intervention, any proceeding to forfeit the Bond will severely impair or impede the rights of Ms. Ahmed and her three minor children; and (4) such interest is not adequately represented by the current parties to this action, including the Defendant Iftikar Ahmed.

The motion is being supplemented by a Memorandum of Law in Support of Motion for Leave to Intervene.

Dated: May 28, 2019

Greenwich, Connecticut

                                              Respectfully Submitted,

                                          By: */s/ Shalini Ahmed*
                                                 Shalini A. Ahmed
                                                 505 North Street
                                                 Greenwich, CT 06830
                                                 Tel: 203-661-2704
                                                 Email: shalini.ahmed@me.com
                                                 *Pro Se*