UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>      v. )<br>)<br>IFTIKAR ALI AHMED, )<br>   a/k/a "Ifty," )<br>           Defendant. ) | Criminal No. 15-10131-NMG |

**UNITED STATES' RESPONSE TO MOTIONS FOR RECONSIDERATION OF
SHALINI AHMED AND DEFENDANT**

The United States of America, by and through its attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, respectfully submits this response to the Defendant and Shalini Ahmed's Motions for Reconsideration (Docket Nos. 308-309) of the Court's Memorandum and Order Allowing the United States' Motion for Declaration of Bond Forfeiture (Docket No. 307). Although the United States opposes the Motions for Reconsideration because neither party has articulated any basis warranting reconsideration the Court's Order, the parties' subsequent Notices of Appeal (Docket Nos. 310-311) have divested this Court of jurisdiction to consider the Motions for Reconsideration. The United States reserves its right to respond to the Motions for Reconsideration and respectfully requests that it be allowed to defer briefing on these issues until such time as the matters involved the appeals have been remanded or are otherwise before this Court.

As reason therefor, the United States states: "[A]s a general rule, the filing of a notice of appeal 'divests a district court of authority to proceed with respect to any matter touching upon, or involved in, the appeal.'" *U.S. v. Brooks*, 145 F.3d 446, 455 (1st Cir. 1998) (quoting *U.S. v. Mala*, 7 F.3d 1058, 1061 (1st Cir. 1993); *see also Griggs v. Provident Consumer Discount Co.*, 459 U.S 56, 58 (1982) (per curiam) ("a notice of appeal…divests the district court of its control

over those aspects of the case involved in the appeal"); *United States v. George*, 841 F.3d 55, 71 (1st Cir. 2016); *U.S. v. Maldonado-Rios*, 790 F.3d 62, 64 (1st. Cir. 2015) (the District Court lacked the power to enter an order "[b]ecause [the defendant's] appeal was pending at the time the District Court ruled on his motion…").  The Motions for Reconsideration directly touch on and relate to the Order that is the subject of the Notices of Appeal.  Therefore, once the Defendant and Shalini Ahmed filed their Notices of Appeal, the District Court was divested of jurisdiction to rule on their Motions for Reconsideration.

WHEREFORE, the United States respectfully requests that the Court allow the United States to defer filing of any responses to the Defendant and Shalini Ahmed's Motions for Reconsideration until such time as the matter is remanded or otherwise before this Court.

          Respectfully submitted,

          ANDREW E. LELLING
          United States Attorney

By:   */s/ Carol E. Head*
       JORDI DE LLANO
       CAROL E. HEAD, B.B.O. # 652170
       Assistant United States Attorney
       U.S. Attorney's Office
       1 Courthouse Way, Suite 9200
       Boston, MA 02210
       (617) 748-3100

Dated: November 27, 2019   carol.head@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that the United States' Notice Regarding Shalini Ahmed and the Defendant's Motion for Reconsideration was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

          */s/ Carol E. Head*
          CAROL E. HEAD
Dated: November 27, 2019   Assistant U.S. Attorney