# United States Court of Appeals
## For the First Circuit

No. 19-2214

UNITED STATES,

Appellee,

v.

IFTIKAR AHMED,

Defendant - Appellant.

Before

Howard, <u>Chief Judge</u>,
Thompson and Barron, <u>Circuit Judges</u>.

**JUDGMENT**

Entered: March 23, 2020

    The court issued a show-cause order in this matter, flagging concerns as to finality and standing. We have carefully reviewed the response of the Defendant-Appellant Iftikar Ahmed, and the district court record. We note, as have our sister circuits, that "[u]nder Rule 46[], a declaration of forfeiture is the first of several steps leading to actual forfeiture." <u>United States</u> v. <u>Vaccaro</u>, 931 F.2d 605, 606 (9th Cir. 1991). In short, the challenged order of the district court was neither an appealable final order nor an interlocutory order appealable under 28 U.S.C. § 1292(a). In addition, defendant-appellant has wholly failed to demonstrate that the order in question is immediately appealable under the collateral order doctrine, upon which he relies in part. <u>See</u> <u>United States</u> v. <u>Gorski</u>, 807 F.3d 451, 458 (1st Cir. 2015). Finally, Ahmed interposed no response whatsoever to that aspect of our show cause order questioning his standing to appeal from the denial without prejudice by the district court of his co-surety's motion to intervene below. In any event, we find that he has no such standing. <u>United States</u> v. <u>Little Joe Trawlers, Inc.</u>, 780 F.2d 158, 161 (1st Cir. 1986) (stating that the appellant "ordinarily must…have been aggrieved by the order appealed from").

    Accordingly, Ahmed's appeal is DISMISSED for lack of jurisdiction. <u>See</u> 1st Cir. Loc. R. 27.0(c).

By the Court:

Maria R. Hamilton, Clerk

cc:
Carol Elisabeth Head
Donald Campbell Lockhart
Jordi de Llano Campos
Iftikar Ahmed
Shalini Ahmed