# United States Court of Appeals
## For the First Circuit

No. 19-2213

UNITED STATES,

Appellee,

v.

IFTIKAR AHMED,

Defendant,

SHALINI AHMED,

Interested Party - Appellant.

Before

Howard, Chief Judge,
Thompson and Barron, Circuit Judges.

**JUDGMENT**

Entered: April 13, 2020

    The court issued a show-cause order in this matter, flagging concerns as to finality. We have carefully reviewed the response of Interested Party-Appellant Shalini Ahmed, and the district court record. We note, as have our sister circuits, that "[u]nder Rule 46[], a declaration of forfeiture is the first of several steps leading to actual forfeiture." United States v. Vaccaro, 931 F.2d 605, 606 (9th Cir. 1991). In short, the challenged order of the district court was neither an appealable final order nor an interlocutory order appealable under 28 U.S.C. § 1292(a). In addition, interested party-appellant has wholly failed to demonstrate that the order in question, or any of the district court's underlying determinations, is otherwise immediately appealable whether under the collateral order doctrine or any other theory. See United States v. Gorski, 807 F.3d 451, 458 (1st Cir. 2015).

    Accordingly, Shalini Ahmed's appeal is DISMISSED for lack of jurisdiction. See 1st Cir. Loc. R. 27.0(c).

The motion for a stay of proceedings is DENIED.

By the Court:

Maria R. Hamilton, Clerk

cc:
Carol Elisabeth Head
Donald Campbell Lockhart
Jordi de Llano Campos
Iftikar Ahmed
Shalini Ahmed