# United States Court of Appeals
## For the First Circuit

No. 19-2214

UNITED STATES

Appellee

v.

IFTIKAR AHMED

Defendant - Appellant

**MANDATE**

Entered: August 17, 2020

In accordance with the judgment of March 23, 2020, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Iftikar Ahmed
Shalini Ahmed
Carol Elisabeth Head
Donald Campbell Lockhart
Jordi de Llano Campos