UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
2020 SEP -9 PM 2:00
DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>)<br>)<br>IFTIKAR AHMED )<br>Defendant )<br>)<br>) | Criminal No. 15-10131-NMG<br><br>SEPTEMBER 08TH, 2020 |

## DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM[1]

The *pro se* Defendant, Iftikar Ahmed, respectfully moves for leave to file a brief reply to the Government's Opposition to Motions for Reconsideration of ... Defendant [Doc. #331]. As grounds for this Motion, the Defendant states that his Reply addresses two specific issues raised by the Government in their Opposition [Doc. #331, "Opposition"] to his Motion to Reconsider Declaration of Bond Forfeiture [Doc. #329, "Motion"]; viz. (1) the Government's contention that the movants fail to provide any reason to reconsider the Court's Order [Doc. #307, "Order]; and (2) the Government's contention that Defendant's Arguments are Irrelevant to the Declaration of Forfeiture.

The Defendant believes and hopes that his reply memorandum will assist the esteemed Court in deciding the issues raised in his Motion to Reconsider the Declaration of Bond Forfeiture.

---

[1] "ECF" refers to the docket of *SEC v Ahmed, et al.*, 15-cv-675 (D. Conn) ("CT Case"), whereas "Doc." refers to this Court's docket.

For the foregoing reasons, the Defendant respectfully requests that the Court allow this Motion and grant the Defendant leave to file his reply memorandum, a copy of which is attached hereto as **EXHIBIT 1**.

Respectfully Submitted,

Dated:   September 08TH, 2020    /s/ Iftikar Ahmed
_____
Iftikar A. Ahmed
C/O Advocate Anil Sharma
Government Place East
Kolkata 700 069, India

Tel:   +91-983-008-9945
e-mail: iftyahmed@icloud.com

*Pro Se*

## CERTIFICATE OF SERVICE

I hereby certify that the Defendant's Motion for Leave was mailed to the following parties by U.S. Mail.

Ms. Carol Head
Assistant United States Attorney
1 Courthouse Way
Suite 9200
Boston, MA 02210

Dated:   September 08TH, 2020    /s/ Iftikar Ahmed
_____
Iftikar A. Ahmed

2