UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | Criminal No. 15-10131-NMG |
| v. ) | |
| ) | |
| ) | |
| IFTIKAR AHMED ) | October 9, 2020 |
| Defendant, ) | |
| ) | |

### SURETY'S MOTION FOR STAY OF PROCEEEDINGS

Ms. Shalini Ahmed (or, the "Surety"[1]), the spouse of Defendant Iftikar Ahmed, and the co-signer of the Bond (as she is the co-owner of the home which secured the Bond) and a *pro se* interested party, respectfully moves this Court for a stay of proceedings.[2] The Surety reserves all rights.

### BACKGROUND

The Surety provides the following summary for the Court's benefit:

1. On May 24, 2019, the Government moved for a Declaration of Bond Forfeiture. [Doc. 293]

2. The Surety opposed such Declaration [Doc. 298] and also moved to intervene in the matter. [Doc. 295]

3. On November 7, 2019, the Court granted the Declaration of Bond Forfeiture and denied without prejudice, the Surety's Motion to Intervene. [Doc. 307] The Court stated in its Order that the Surety "has the right to move to have the forfeiture set aside, pursuant to Fed. R. Crim. P. 46(f)(2) if the surety later surrenders [Defendant] into custody or if it found that justice does not require bail forfeiture." *Id.*

---

[1] Also, "Proposed Intervenor" in earlier filings with this Court.

[2] By submitting this motion, the Surety does not waive her rights to request a set aside, or vacate of the bond forfeiture, or a vacate, set aside or reduction of the bond amount, or to present any defenses at any bond forfeiture hearing, when the process is at that point. The Surety reserves all rights.

*Motion denied.* NMGorton, USDJ 11/2/20