UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>IFTIKAR AHMED, )<br>a/k/a "Ifty," )<br>)<br>Defendant. ) | Criminal No. 15-CR-10131-NMG |

## MOTION FOR DEFAULT JUDGMENT
## OF FORFEITURE OF APPEARANCE BOND

Pursuant to Rule 46(f)(3)(C) of the Federal Rules of Criminal Procedure, the United States of America, by its attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, hereby moves this Court for entry of Default Judgment in the amount of $9,000,000, plus interest and costs, against the defendant Iftikar Ahmed (the "Defendant") and the surety, Shalini Ahmed (the "Surety"), jointly and severally, for the full amount of appearance bond securing the release and appearance of the Defendant.

In support of this motion, the United States sets forth the following:

1.  On April 1, 2015, the United States filed a Criminal Complaint against the Defendant and another for violations of 15 U.S.C. §§ 78j(b) and 78ff; and 17 C.F.R. Section 240.10b-5. *United States v. Ahmed*, Criminal No. 1:15-cr-10131-NMG (D. Mass. April 1, 2015) (Docket No. 2). On May 28, 2015, a federal grand jury sitting in the District of Massachusetts returned a 19 count indictment against the Defendant and another. Docket No. 27.

2.  On April 2, 2015, at the Defendant's initial appearance, the United States District Court for the District of Connecticut entered an Order Setting Conditions of Release for the Defendant. *See United States v. Ahmed*, Criminal No. 3:15-mj-00052-WIG (D. Conn. Apr. 2, 2015) (Docket No. 8) (the "Initial Release Order"). Among the conditions in the Initial Release

Order the Defendant was required to sign an appearance bond in the amount of $9,000,000 to be cosigned by Defendant's wife and to be secured by equity in Defendant's residence, 505 North Street, Greenwich, Connecticut. *See id.* (Conditions 5).

3. On April 2, 2015, the Defendant and his wife, Shalini Ahmed, as Surety, executed a Secured Appearance Bond in the amount of $9,000,000. A copy of the Secured Appearance Bond is attached hereto at Exhibit A. In pertinent part, the Secured Appearance Bond states: "[a]t the request of the United States, the court may order judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs." The government seeks interest from the date of the entry of the Default Judgment of Forfeiture, and also reserves the right to seek costs associated with enforcement of the Secured Appearance Bond.

4. On April 23, 2015, the Defendant and his wife, Shalini Ahmed, signed an Escrow Agreement with the United States Attorney for the District of Massachusetts and the Clerk of the United States District Court for the District of Massachusetts. In that agreement, the Defendant and Shalini Ahmed, as co-sureties, agreed to execute a personal bond in the amount of $9,000,000 to secure the Defendant's compliance with the terms and conditions of his bail order. *See* Docket No. 20.

5. At some point after signing the Escrow Agreement, the Defendant fled the United States in violation of the conditions of his release and the conditions of the Secured Appearance Bond.

6. On May 24, 2019, the United States moved for a declaration of bond forfeiture pursuant to 18 U.S.C. § 3146(d) and Fed. R. Crim. P. 46(f)(1). *See* Docket No. 293.

7.	On November 7, 2019, the Court issued a Memorandum and Order granting the government's motion and declaring the bond forfeited.  *See* Docket No. 307.  A copy of the Memorandum and Order is attached hereto at Exhibit B.  The Court found, in part, as follows:

> Mr. Ahmed has deliberately flouted his bail conditions.  He has failed to appear in court, has not reported to a probation officer and is a fugitive.  His refusal to return to Massachusetts has prevented the government from prosecuting him.  Therefore, this Court will allow the government's motion and declare the bail forfeited.

*Id.* at 4.

8.	Both the Defendant and the Surety had actual notice of the declaration of bond forfeiture, as evidenced by the fact that each filed a motion for reconsideration, dated November 18, 2019.  *See* Docket Nos. 308 (the Defendant) and 309 (the Surety).  In those motions, they each specifically noted that they were not waiving their right to move to set aside or vacate the declaration of bond forfeiture.  *See* Docket No. 308 at n.1; Docket No. 309, at n.1.

9.	No one, including the surety, Shalini Ahmed, has filed a motion to set aside the declaration of bond forfeiture, as provided for in Fed. R. Crim. P. 46(f)(2).

10.	Pursuant to Fed. R. Crim. P. 46(f)(3), if following a declaration of forfeiture, the Court "does not set aside a bail forfeiture, the Court must, upon the government's motion, enter a default judgment."

WHEREFORE, the United States respectfully moves for entry of a Default Judgment of Forfeiture of the Appearance Bond, in form attached hereto, in the amount of $9,000,000, plus interest and costs, against the Defendant and the Surety, Shalini Ahmed, jointly and severally, as a result of the forfeiture of the Defendant's $9,000,000 appearance bond.  Upon the Court's entry of the Default Judgment of Forfeiture of the Appearance Bond, the United States will provide notice to the Surety, the Defendant, to the extent he can be located, and to the district clerk, as an agent for the surety pursuant to Fed. R. Crim. P. 46(f)(3)(B).

        Respectfully submitted,

        ANDREW E. LELLING
        United States Attorney

By:   */s/ Carol E. Head*
        CAROL E. HEAD
        Assistant United States Attorney
        U.S. Attorney's Office
        1 Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3100

Dated: November 6, 2020        Carol.Head@usdoj.gov

## CERTIFICATE OF SERVICE

I, Carol E. Head, AUSA, hereby certify that on November 6, 2020, I served, by First Class mail, a copy of the foregoing document on the following party who is not a registered participant of the CM/ECF system:

Shalini Ahmed                               Iftikar Ahmed
505 North Street                            505 North Street
Greenwich, CT 06930                         Greenwich, CT 06930

John Joseph Moakley U.S. Courthouse
U.S. District Clerk
1 Courthouse Way, Suite 02210
Boston, MA 02210

                                                                    */s/ Carol E. Head*
                                                                     CAROL E. HEAD
Dated: November 6, 2020                              Assistant U.S. Attorney