United States District Court
District of Massachusetts

|  |  |
|---|---|
| United States of America, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 15-10131-NMG-2 |
| Iftikar Ahmed, ) | |
| ) | |
| Defendant. ) | |

ORDER

GORTON, J.

This Court, having reviewed the proliferation of pending motions in this case (Docket Nos. 351, 354, 358 & 362) and the accompanying memoranda filed in support and in opposition thereto, hereby rules as follows:

- surety's motion for timeline to submit a Rule 46(f)(2) motion (Docket No. 354) is **DENIED**;

- surety's motion for electronic filing privileges (Docket No. 358) is **DENIED**;

- defendant's motion to join surety's opposition to the government's motion for default judgment (Docket No. 362) is **ALLOWED**; and

- the government's motion for default judgment of forfeiture of appearance bond (Docket No. 351) is **ALLOWED**.

So ordered.

 /s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated February 26, 2021

- 1 -