UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

v.

IFTIKAR AHMED

    Defendant,

Criminal No. 15-10131-NMG

December 23ᴿᴰ, 2024

## NOTICE IN SUPPORT OF MOTION FOR COUNSEL

*Pro se* Defendant Iftikar Ahmed respectfully submits this Notice in Support of his Motion for Counsel, so that the Court is aware of the situation and the Defendant's communications with the government, the most recent of which is attached as **Exhibit 1** to this Notice. The appointment of counsel would greatly aid in this effort.

Respectfully Submitted,

Dated: December 23ᴿᴰ, 2024

/s/ Iftikar Ahmed
Iftikar A. Ahmed
C/O Advocate Anil Sharma
Government Place East
Kolkata 700 069, India

Tel:   +91-983-008-9945
e-mail: i3siam@proton.me

*Pro Se*

1

## CERTIFICATE OF SERVICE

     I certify that upon docketing a copy of the foregoing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filings as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.


Dated: December 23RD, 2024                        /s/ Iftikar Ahmed
                                                                    Iftikar A. Ahmed