# EXHIBIT 1

December 22, 2024

*[by email]*

To:
Mr. James R. Drabick
Assistant U.S. Attorney
U.S. Attorney's Office for the District of Massachusetts
Boston, MA 02210

Dear Mr. Drabick:

  I am writing to provide a detailed update on my situation and to reaffirm my absolute commitment to return to the United States as soon as possible. I want to outline the concrete steps I have recently taken to resolve the legal impediments to my return and clarify the specific challenges that prevent me from simply boarding a flight back to the US, even if you or the SEC were to send me a ticket tomorrow.

**A.  Current Status and Recent Progress:**

  **1**. **Legal Representation:** I have secured *pro bono* representation from Mr. Jaideep Amritraj, *Esq*., who has previously communicated multiple times since 2016 with Mr. Neil Gallagher and Ms. Sarah Walters from your office. He is again prepared to assist with resolving my pending legal matters in India on a *pro bono* basis.

  Mr. Amritraj is a senior advocate and practices in various courts across India, including the Supreme Court of India. He is currently on holiday with his family for Christmas, visiting ▇▇▇▇▇▇ United States, and is scheduled to return to India on the ▇▇▇▇▇▇▇▇▇▇. He has offered to speak with you directly if you wish to call him any time during working hours in the US.  He can be reached on his India mobile number, ▇▇▇▇▇▇▇▇▇▇ (he has international roaming enabled, as he has informed me), and you can call him directly to confirm that he is willing to represent me in the Indian legal case and work towards an expeditious resolution for my return to the United States.  You should note that most Indian courts are currently closed on account of Christmas and New Year's for winter recess and are expected to reopen on January 6th, 2025.  If you prefer that he call you instead, please do let me know, and I shall immediately request that Mr. Amritraj contact you.

  **2**. **Court Proceedings in the Indian Criminal Case:**  The criminal case against me is docketed in the Court of the District and Sessions Judge, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ under ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ under the Indian Foreigners Act of 1946.  Following our earlier discussions over email, I visited the Court on Friday, 20th of December 2024, and I have successfully scheduled a hearing for May 20, 2025.  This is the earliest date I could get on the court's calendar, but once Mr. Amritraj returns to India, he will hopefully be able to schedule an earlier date.  This hearing represents a crucial

opportunity to resolve the pending criminal case. You may verify this court date through the US Consulate in Kolkata.

**B. Clarification of Current Bail Conditions:**

To address any questions about my inability to return immediately, I want to outline the following specific details of my situation. All of this is independently verifiable by the US Consulate in Kolkata or anyone representing you.

1. Since my arrest on or around 20th May 2015 (which occurred as and when I attempted to return to the US after obtaining temporary travel documents from the US Consulate in Kolkata, India), I remain under bail conditions that legally prohibit me from leaving India without court permission.

2. I have no travel documents. I currently possess neither a valid US passport nor any other travel documents. As a former Indian citizen who relinquished citizenship upon becoming a US citizen, I cannot obtain an Indian passport.

**C. Proposed Path Forward:**

1. With Mr. Amritraj's representation, we intend to file appropriate motions before the May 20th, 2025, hearing to (i) schedule an earlier hearing of the case for expeditious adjudication and (ii) seek either dismissal or resolution of the criminal matter with credit for time served and permission of the court to allow me to return to the United States.

2. Upon resolution of the Indian criminal case, I will then need assistance obtaining valid US travel documents and travel logistics. Only after securing these documents and receiving court permission can I legally leave India without the risk of arrest and apprehension at the border. I am fully committed to resolving these matters and returning to face the pending charges in the United States.

I understand and appreciate the SEC's offer to fund my return flight, but I respectfully emphasize that this alone is insufficient and does not address the legal barriers preventing my departure from India.

Finally, I welcome any guidance or alternative approaches you might suggest, and I commit to pursuing them diligently if I can. If I am unable to do so, I shall explain why it may not be possible for me to do as you ask. If you need any other information about my current place of residence, my India mobile number, or anything else at all, simply let me know, and I shall furnish whatever information you need from my end.

You can also communicate directly with Mr. Amritraj, as he will be representing me in my legal matters in India. I also remain available via email or can arrange for WhatsApp or Zoom communications if needed for any further discussion.

As such, I would greatly appreciate it if the enforcement of any bond forfeiture is stayed pending my return to the United States.

Sincerely,


Iftikar Ahmed
i3siam@proton.me


cc:    Ms. Carol Head
       Ms. Alexandra Amrhein
       Mr. Neil Gallagher